[No. 8822-3-II.  Division Two.  May 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JONATHAN P. MAY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00015-6, Robert L. Charette, J., entered May 13, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Howard and Steiner, JJ. Pro Tem.

[No. 8629-8-II.  Division Two.  May 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
BURNELL J. DOERING, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00490-6, Terence Hanley, J., entered March 29, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Verharen and Yencopal, JJ. Pro Tem.

[No. 9266-2-II.  Division Two.  May 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES EDWARD COLE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01572-3, Donald H. Thompson, J., entered September 26, 1985. *Affirmed* by unpublished opinion per Gavin, J. Pro Tem., concurred in by Brachtenbach and Ennis, JJ. Pro Tem.

[No. 17547-5-I.  Division One.  May 11, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JOHN DONALD SCHULTZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01404-5, Rosselle Pekelis, J., entered November 7, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Webster, JJ.